Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
IVAN DUARTE CASTRO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN DUARTE CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK<br><br>Defendant(s), | Case No.: 3:26-cv-02483-JLS-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Janis L. Sammartino |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff IVAN DUARTE CASTRO (“Plaintiff”) hereby voluntarily dismisses all claims against Defendant AMERICAN EXPRESS NATIONAL BANK, and this

entire action, with prejudice.

In support of said dismissal, Plaintiff avers as follows:

On April 20, 2026, Plaintiff filed the operative Complaint (ECF 1).

As of the date of this Notice, Defendant AMERICAN EXPRESS NATIONAL BANK, has not filed an answer nor a motion for summary judgment, nor a counterclaim.

On June 30, 2026, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's claims herein, subject to the execution of a confidential agreement (ECF 4). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have all claims against Defendant AMERICAN EXPRESS NATIONAL BANK, and this Entire Action, dismissed with prejudice. The parties shall each bear their own fees and costs.

Dated: September 4, 2026, By: *s/ Ahren A. Tiller*

ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff